NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KENNETH ZINK,                          )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D17-3392
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
_____ )

Opinion filed April 18, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; James A. Yancey, Judge.

PER CURIAM.


          Affirmed.


NORTHCUTT, SILBERMAN, and MORRIS, JJ., Concur.